BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:94-mj-02384-SMS-1 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| SAMMY JEROME SULLIVAN, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Ian P. Whitney, Special Assistant United States Attorney, hereby moves to dismiss the complaint against Sammy Jerome Sullivan, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 22, 2013               Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                 By:      /s/ Ian P. Whitney
                                     IAN P. WHITNEY
                                     Special Assistant U.S. Attorney

1

U.S.A. v. Sullivan
1:94-mj-02384-SMS

# O R D E R

IT IS HEREBY ORDERED that the Complaint against Sammy Jerome Sullivan, be dismissed, without prejudice, in the interest of justice. It is further ordered that the arrest warrant for Sammy Jerome Sullivan issued on October 26, 1994 be recalled.

IT IS SO ORDERED.

Dated:   **August 22, 2013**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2
U.S.A. v. Sullivan
1:94-mj-02384-SMS